| | |
|---|---|
| COLLINS, EDMONDS & POGORZELSKI, PLLC | DURIE TANGRI LLP |
| JOHN J. EDMONDS (SBN 274200) | DARALYN J. DURIE (SBN 169825) |
| jedmonds@cepiplaw.com | ddurie@durietangri.com |
| 1851 East First Street, Suite 900 | JESSE GERACI (SBN 259755) |
| Santa Ana, California 92705 | jgeraci@durietangri.com |
| Tel: (951) 708-1237 | 217 Leidesdorff Street |
| Fax: (951) 824-7901 | San Francisco, CA  94111 |
| | Telephone:    415-362-6666 |
| Attorneys for Plaintiff, | Facsimile:     415-236-6300 |
| VARIANT HOLDINGS LLC and | |
| VARIANT, INC. | Attorneys for Defendant |
| | YELP INC. (F/K/A YELP! INC.) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VARIANT HOLDINGS LLC and VARIANT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> YELP! INC. <br><br> *Defendant*. | Case No. 4:13-cv-05298-PJH <br><br> **JOINT STIPULATION OF CONDITIONAL DISMISSAL** <br><br> Judge:  Hon. Phyllis J. Hamilton |

    Plaintiffs Variant Holdings, LLC and Variant, Inc. and Defendant Yelp Inc., by and through their respective attorneys, hereby file this stipulated conditional dismissal.

    The parties, in good faith, agree and believe that an agreement in principle has been reached, and will be put into written form within thirty (30) days.  Therefore, in an effort to minimize judicial resources and to minimize the expenses and costs to the parties, it is hereby stipulated that:

1. This action be conditionally dismissed without prejudice for thirty (30) days from the Order signed by the Court, each party bearing its own fees and costs.
2. During the aforementioned thirty (30) day period, either party may request the Court to reopen the case.

    Further, a Case Management Conference has been scheduled for February 27, 2014, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.  With this

1  Stipulation for Conditional Dismissal, the parties also request that said Case Management Conference be
2  vacated.
3      For the foregoing reasons, the parties request the Court to accept this Stipulation and Proposed
4  Order as submitted.

6  Dated:  February 20, 2014                COLLINS, EDMONDS & POGORZELSKI, PLLC

8                          By:  */s/ John J. Edmonds* (with permission)
                                      JOHN J. EDMONDS

10                        Attorneys for Plaintiffs
                          Variant Holdings LLC and Variant, Inc.

12  Dated:  February 20, 2014                DURIE TANGRI LLP

14                          By:  */s/ Jesse Geraci*
                                      DARALYN J. DURIE
                                      JESSE GERACI

16                        Attorneys for Defendant
                          Yelp Inc.

17  IT IS SO ORDERED:

19  Dated: 2/21/14

21  HON. PHYLLIS J. HAMILTON, U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

JOINT STIPULATION OF CONDITIONAL DISMISSAL / CASE NO. 4:13-CV-05298-PJH

## CERTIFICATE OF ATTESTATION

I, Jesse Geraci, attest that concurrence in the filing of this stipulation has been obtained from John Edmonds, the other signatory to the document.

*/s/ Jesse Geraci*
JESSE GERACI

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on February 20, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Jesse Geraci*
JESSE GERACI